# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LAESHURN MACK-CHESTER § | |
| § | Civil Action No. 4:17-CV-580 |
| v. § | (Judge Schell/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2020, the report of the Magistrate Judge (Dkt. #28) was entered containing proposed findings of fact and recommendations that Plaintiff's post-judgment Application for Attorney Fees under the Equal Access to Justice Act (Dkt. #24) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act (Dkt. #24) is **GRANTED**, and the Commissioner is directed to pay twelve thousand seven hundred ninety-eight dollars and seventeen cents ($12,798.17) as reasonable attorney fees and costs, made payable to Plaintiff, with such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

**SIGNED this the 9th day of June, 2020.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE